UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER JUNE,

           **Plaintiff,**

      v.                                          9:09-CV-323
                                                    (FJS/TWD)

MICHAEL HOGAN, DONALD SAWYER, TERRI
MAXYMILLIAN and YOLONDA PERONI,

           **Defendants.**

---

**APPEARANCES**                                      **OF COUNSEL**

**CHRISTOPHER JUNE**
**81710**
St. Lawrence Psychiatric Center
1 Chimney Point Drive
Odgensburg, New York 13669
Plaintiff *pro se*

**OFFICE OF THE NEW YORK STATE**       **GREGORY J. RODRIGUEZ, AAG**
**ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Wiley Dancks' January 16, 2014 Report-Recommendation and Order, in which she recommended that this Court grant Defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. *See* Dkt. 87. The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Wiley Dancks' January 16, 2014 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Wiley Dancks' January 16, 2014 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: February 7, 2014
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge